Announced Wednesday, December 16

38487. Price, appellee v. Dot's Super Market, Inc., appellant. Appeal from the Court of Appeals for Montgomery County. Griffith, Judge.

Where a customer in a store is injured when a board covering an open channel in the floor gives way in an area traversed by many customers on the day of the injury, it is just as reasonable to infer that the dangerous condition causing the injury resulted from an act of a customer as to infer negligence on the part of the storeowner, and the doctrine of *res ipsa loquitur* is not applicable.

Judgment reversed.

Taft, C. J., Zimmerman, O'Neill and Gibson, JJ., concur.

Matthias and Herbert, JJ., dissent.

38548 and 38549. In re: Appropriation for Highway Purposes: Masheter, Director of Highways, appellant v. Huysman et al., appellees (Two cases). Appeals from the Court of Appeals for Hancock County. Zimmerman, Judge.

In a proceeding by the Director of Highways to appropriate real property for highway purposes, it is essential under the provisions of Section 5519.02, Revised Code, for a landowner whose property is being appropriated and who is dissatisfied with the money deposit made by the director to file a written petition, in duplicate, of his intention to appeal within the 30 days prescribed by the statute, and, if he fails to do so, the Court of Common Pleas is without jurisdiction over the proceeding.

Judgments reversed.

Taft, C. J., Matthias, O'Neill, Griffith and Herbert, JJ., concur.

Gibson, J., concurs in the syllabus and judgment.